UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSE FERNANDEZ GONZALEZ MACIAS (A221-462-462)

Petitioner,

v.

MARKWAYNE MULLIN,

Respondent.

Case No.  5:26-cv-2901-SB-DSR

ORDER GRANTING REQUEST FOR RELEASE

Petitioner Jose Fernando Gonzalez Macias, a native and citizen of Mexico who has been detained by Immigration and Customs Enforcement (ICE) since April 2026, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention and seeking immediate release or, in the alternative, a bond hearing before an immigration judge under 8 U.S.C. § 1226(a).  Respondents filed a response stating that they "are not presenting an opposition argument at this time."  Dkt. No. 9.  Because the response did not specify whether Respondents' nonopposition was to the request for bond or release, the Court ordered Respondents to file a clarifying statement by June 15, 2026, if they opposed release, and advised that a failure to timely respond would be construed as a nonopposition to release.  Dkt. No. 12.  Respondents did not respond.

Accordingly, the Court grants the requested relief as unopposed and dismisses the petition as moot.  Respondents shall immediately release Petitioner Jose Fernando Gonzalez Macias (**A221-462-462**) from custody and file a status report within three days confirming that he has been released.  Upon confirmation of Respondents' compliance with this order, final judgment will be entered separately.

DATED:    June 16, 2026

_____
Stanley Blumenfeld Jr.
United States District Judge