JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE FERNANDEZ GONZALEZ MACIAS,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-02901-SB-DSR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order entered on June 16 granting the unopposed request for release, the petition is dismissed as moot.

This is a final judgment.

Date: June 24, 2026

Stanley Blumenfeld, Jr.
United States District Judge